UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMANTHA METTLER, on behalf of herself and all others similarly situated, *Plaintiff*, v. APPLE INC, *Defendant.* | Case No. 1:26-cv-07825 **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff METTLER hereby dismisses all of her claims and causes of action against Defendant APPLE INC. with prejudice.

**DATED:** August 3, 2026

Respectfully submitted,

*/s/Blake Hunter Yagman*

Blake Hunter Yagman
YAGMAN PLLC
626 RexCorp Plaza
Uniondale, New York 11556
Tel.: (929) 709-1493
Email: *blake.yagman@yagmanpllc.com*

*Counsel for Plaintiff Mettler*